

# COURT OF APPEALS

| | | |
|---|---|---|
| CATHERINE STONE | FOURTH COURT OF APPEALS DISTRICT | KEITH E. HOTTLE |
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF |
| KAREN ANGELINI | 300 DOLOROSA, SUITE 3200 | COURT |
| SANDEE BRYAN | SAN ANTONIO, TEXAS 78205-3037 | |
| MARION | WWW.4THCOA.COURTS.STATE.TX.US | |
| MARIALYN BARNARD | | TELEPHONE |
| REBECA C. MARTINEZ | | (210) 335-2635 |
| PATRICIA O. ALVAREZ | | |
| LUZ ELENA D. CHAPA | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

May 29, 2014

Dayna L. Jones                                      S. Patrick Ballantyne
206 E. Locust Street                               Bexar County Assistant District
San Antonio, TX 78212                              Attorney
* DELIVERED VIA E-MAIL *                           101 W. Nueva St.,
                                                   7th Floor
                                                   San Antonio, TX 78205
                                                   * DELIVERED VIA E-MAIL *


RE:     Court of Appeals Number:     04-13-00788-CR
        Trial Court Case Number:     2012CR10002
        Style:   The State of Texas
                 v.
                 Cynthia Ambrose


        Enclosed please find the order which the Honorable Court of Appeals has
issued in reference to the above styled and numbered cause.

        If you should have any questions, please do not hesitate to contact me.


                                        Very truly yours,
                                        KEITH E. HOTTLE, CLERK


                                        Jonathan Quintero
                                        Deputy Clerk, Ext. 53220



# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2014

No. 04-13-00788-CR

**THE STATE OF TEXAS,**
Appellant

v.

Cynthia **AMBROSE,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10002
Honorable Sid L. Harle, Judge Presiding

## O R D E R

    The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellee's brief is due June 27, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

*MINUTES*

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

May 29, 2014

No. 04-13-00788-CR

**THE STATE OF TEXAS,**
Appellant

v.

Cynthia **AMBROSE**,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10002
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellee's brief is due June 27, 2014.

/s/ Sandee Bryan Marion
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2014.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 29TH DAY OF MAY, 2014.